IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CAMERON WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-01264-JDB-jay |
| | ) | |
| CITY OF BOLIVAR, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal submitted by the parties on June 21, 2024 (Docket Entry 15), this case is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to remove all settings related to this matter from the Court's calendar.

IT IS SO ORDERED this 24th day of June 2024.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE