UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

CAMERON WOODS,

                                                      JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.                                                     NO. 1:23-cv-01264-JDB-jay

CITY OF BOLIVAR, TENNESSEE, ET AL,

    Defendant,

---

IT IS ORDERED AND ADJUDGED that in accordance with the STIPULATION OF DISMISSAL entered on June 21, 2024 and the ORDER OF DISMISSAL entered on June 24, 2024, this cause is hereby DISMISSED with prejudice.

                                                        APPROVED:

                                                        s/ J. DANIEL BREEN
                                                      UNITED STATES DISTRICT JUDGE

                                                        DATE: June 25, 2024

WENDY R. OLIVER
Clerk of Court

                                                       s/Blair Moore
                                                       (By)    Deputy Clerk